STEPHEN C. SNIDER, SBN 099557
SNIDER, DIEHL & RASMUSSEN, LLP
Attorneys at Law
1111 W. Tokay Street
P.O. Box 560
Lodi, CA 95241
(209) 334-5144
(209) 333-1034 (fax)

Attorneys for Defendant, MILESTONZ JEWELERS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PAMELA CUMMINGS, | Case No.: 5:15-cv-04325-EJD |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER RE DISMISSAL OF DEFENDANT, MILESTONZ JEWELERS, INC. |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; DR. LEONARD'S HEALTHCARE CORPORATION; UNIVERSAL ACCEPTANCE CORPORATION (CA); AMERIMARK DIRECT, LLC; MILESTONZ JEWELERS, INC.; IQ DATA INTERNATIONAL, INC.; COLLECTIONS BUREAU OF AMERICA and DOES 1 through 100, Inclusive, | Compl. Filed:   June 15, 2015 |
| | Honorable Edward J. Davila |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudcie, this case is hereby dismissed with prejudice as to defendant, MILESTONZ JEWELERS, INC., with each party to bear its own attorney's fees and costs.

DATED: 1/6/2016

_____
HONORABLE EDWARD J. DAVILA

- 1 -

[PROPOSED] ORDER RE DISMISSAL