UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA CUMMINGS,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 5:15-cv-04325-EJD<br><br>**ORDER TO SHOW CAUSE** |

On March 4, 2016, the court issued an order continuing the Case Management Conference to April 7, 2016, and requiring the parties to file an updated Joint Case Management Conference Statement on or before March 31, 2016. As of the date and time this was order was filed, the parties have not complied with the March 4th Order and the time for compliance has expired.

Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on **April 7, 2016, at 10:00 a.m.** in Courtroom No. 1, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions or dismissal of this action, on the parties, or any of them, for willful disobedience of a court order.

The parties may file a response to this order demonstrating good cause why sanctions should not be imposed on or before **April 5, 2016.** In doing so, however, they must (1) explain their failure to comply with the original deadline to file an updated joint statement, and (2) must

1

Case No.: 5:15-cv-04325-EJD
ORDER TO SHOW CAUSE

also actually file an updated joint statements as required by the March 4th Order.

The parties are further advised that telephonic appearances will not be permitted at the hearing on the Order to Show Cause.

**IT IS SO ORDERED.**

Dated:  April 1, 2016



EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04325-EJD
ORDER TO SHOW CAUSE

2